```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
KAREEM FOSTER,                           :
                                         :
                   Plaintiff,            :    21cv3570 (DLC)
                                         :
          -v-                            :         ORDER
                                         :
CONSOLIDATED EDISON, INC.,               :
CONSOLIDATED EDISON COMPANY OF NEW       :
YORK, INC., RICHARD HARRICHARAN, and     :
THOMAS COLAGRANDE,                       :
                                         :
                   Defendants.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On July 8, 2021, the defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  On July 21, the plaintiff filed an amended complaint.  Accordingly, it is hereby

ORDERED that the defendants' July 8 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendants shall respond to the amended complaint by **August 11, 2021**.  If the defendants renew their motion to dismiss, the plaintiff shall file any opposition to the renewed motion by **August 31**.  Defendants shall file any reply by **September 26**.  At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering

them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          July 22, 2021

                              _____
                              DENISE COTE
                              United States District Judge